Certificate Number: 17082-PAM-DE-028861442

Bankruptcy Case Number: 17-00301



17082-PAM-DE-028861442

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 4, 2017, at 7:44 o'clock PM MST, WARD H REEDER Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 4, 2017           By:    /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title: Executive Director