Certificate Number: 17082-PAM-DE-028861465

Bankruptcy Case Number: 17-00301



17082-PAM-DE-028861465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 4, 2017, at 7:59 o'clock PM MST, JENNIFER A REEDER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 4, 2017　　　By:　/s/Orsolya K Lazar

　　　　　　　　　　　　　Name:　Orsolya K Lazar

　　　　　　　　　　　　　Title:　Executive Director