```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-00301-JJT
Ward Henry Reeder, Jr                                               Chapter 13
Jennifer A Reeder
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-4          User: MMchugh               Page 1 of 2              Date Rcvd: Mar 08, 2017
                              Form ID: ntcnfhrg           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db/jdb         +Ward Henry Reeder, Jr,    Jennifer A Reeder,    42 South Mallard Street,
                 Mill Hall, PA 17751-8730
4877575         AAA FINANCIAL SERVICES,    PO BOX 15019,    WILMINGTON, Delaware 19886-5019
4877576         ADVANCED CALL CENTER TECHNOLOGIES,LLC,    PO BOX 9091,    GRAY, Tennessee 37615-9091
4877577        +ALLIED INTERSTATE,    PO BOX 361445,    COLUMBUS, Ohio 43236-1445
4877580         BANK OF AMERICA,    PO BOX 15019,    WILMINGTON, Delaware 19886-5019
4877581         CARNIVAL,    PO BOX 13337,    PHILADELPHIA, PA 19101-3337
4877584         COMERICA BANK VISA,    PO BOX 7904708,    ST. LOUIS, MO 63179-0408
4877585         FIRST NATIONAL BANK,    4140 EAST STATE STREET,    HERMITAGE, Pennsylvania 16148-3487
4877586         GENPACT SERVICES, LLC,    PO BOX 1969,    SOUTHGATE, Michigan 48195-0969
4891654        +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
4877589         NATIONSTAR,    PO BOX 60516,    CITY OF INDUSTRY, CA 91716-0516
4877590        +NCB MANAGEMENT SERVICES, INC,    PO BOX 1099,    LANGHORNE, PA 19047-6099
4877591         NORTHSTAR LOCATION SERVICES, LLC,    ATTN: FINANCIAL SERVICES DEPT, 4285 GENE,
                 CHEEKTOWAGA, New York 14225-1943
4877678        +RHEAM LAW, P.C.,    533 NORTH DERR DRIVE,    LEWISBURG, PA 17837-1001
4877595         SEARS CREDIT CARDS,    PO BOX 90001055,    LOUISVILLE, Kentucky 40290-1055
4877598        +WELTMAN, WEINBERG & REIS CO, LPA,    436 SEVENTH AVE,    SUITE 2500,
                 PITTSBURGH, Pennsylvania 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4877578         E-mail/Text: bnc@alltran.com Mar 08 2017 19:12:07      ALLTRAN FINANCIAL, LP,    PO BOX 722910,
                 HOUSTON, TX 77272-2910
4877579         E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2017 19:12:06      ALLY BANK,    PO BOX 38091,
                 BLOOMINGTON, Minnesota 55438
4880758         E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2017 19:12:06      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
4877583        +E-mail/Text: bankruptcy@cavps.com Mar 08 2017 19:12:28      CAVALRY PORTFOLIO SERVICES,
                 500 SUMMIT LAKE DRIVE,    VALHALLA, NY 10595-2322
4877582        +E-mail/Text: bankruptcy@cavps.com Mar 08 2017 19:12:28      CAVALRY PORTFOLIO SERVICES,
                 500 SUMMIT LAKE DRIVE,    SUITE 4A,    VALHALLA, New York 10595-2323
4877587         E-mail/Text: camanagement@mtb.com Mar 08 2017 19:12:16      M&T BANK,    PO BOX 900,
                 MILLSBORO, DE 19966
4877588         E-mail/Text: bankruptcy@matcotools.com Mar 08 2017 19:12:36      MATCO TOOLS,    4403 ALLEN ROAD,
                 STOW, OH 44224-1096
4877593         E-mail/Text: LOANDPT@palcofcu.org Mar 08 2017 19:12:34      PALCO FEDERAL CREDIT UNION,
                 191 CHAD ROAD,    PO BOX 330,    MUNCY, Pennsylvania 17756-0330
4877592         E-mail/Text: LOANDPT@palcofcu.org Mar 08 2017 19:12:34      PALCO FEDERAL CREDIT UNION,
                 PO BOX 4519,    CAROL STREAM, IL 60197-4519
4880747        +E-mail/Text: LOANDPT@palcofcu.org Mar 08 2017 19:12:34      PALCO Federal Credit Union,
                 PO Box 330,    Muncy PA 17756-0330
4877594         E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 19:01:06      SAM'S CLUB MC/SYNCB,
                 PO BOX 960013,    ORLANDO, FL 32896-0013
4877596         E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 19:01:08      SYNCHRONY BANK/AMAZON,
                 PO BOX 960013,    ORLANDO, Florida 32896-0013
4877597         E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 19:01:37      WALMART MASTERCARD/SYNCB,
                 PO BOX 960024,    ORLANDO, Florida 32896-0024
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                           Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Daniel J. Rheam    on behalf of Joint Debtor Jennifer A Reeder court@rheamlaw.com
          Daniel J. Rheam    on behalf of Debtor Ward Henry Reeder, Jr court@rheamlaw.com
          James  Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ward Henry Reeder Jr
aka Ward H Reeder Jr
Jennifer A Reeder

Chapter 13

Case No. 4:17−bk−00301−JJT

Debtor(s)

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 6, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: April 28, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570−831−2500/717−901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: MMchugh |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2017 |